```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

DORIS M. DUPREE,                  }
                                  }
     Plaintiff,                   }
                                  }       CIVIL ACTION NO.
v.                                }       07-AR-1947-S
                                  }
SYNDICATED OFFICE SYSTEMS,        }
INC., d/b/a CENTRAL FINANCIAL     }
CONTROL,                          }
                                  }
     Defendant.                   }
```

## ORDER

The motion of plaintiff, Doris Dupree, filed on June 18, 2008, for leave to amend her complaint, was set for hearing at this court's regular motion docket on July 18, 2008.  Plaintiff seeks to add several defendants.  However, on July 7, 2008, plaintiff and the only defendant, Syndicated Office Systems, Inc., d/b/a Central Financial Control, filed a joint stipulation of dismissal, leaving no pending case upon which an amendment could be based.  Further, the scheduling order, which has not been amended, and which plaintiff has not shown any reason for ignoring, requires all amendments to be filed by plaintiff on or before March 3, 2008.  Last, but not least, the proposed amendment seeks to add as a defendant, Central Financial Control, which ostensibly is the same entity as the defendant against whom the action has been dismissed with prejudice by stipulation. Accordingly, the motion for leave to amend is DENIED, without prejudice to any claims plaintiff may have against entities other

than the original defendant.

The parties shall bear their own respective costs.

The case is CLOSED.

DONE this 21st day of July, 2008.

                                                  _____
                                                  WILLIAM M. ACKER, JR.
                                                  UNITED STATES DISTRICT JUDGE